John Flannagan, Respondent, *v.* John S. Maddin, Appellant.

(Argued April 9, 1880 ; decided June 1, 1880.)

This was an action between former copartners. The complaint alleged, and the evidence established the copartnership, the dissolution thereof by lapse of time, partnership assets in excess of partnership liabilities, and a conversion of the whole to defendant's use. Plaintiff asked for an accounting and judgment for one-half of the value of the property so converted.

It appeared that defendant sold the property to his son ; it was mostly unfinished stock in process of manufacture. The vendee finished and sold it. Defendant offered evidence to show the net proceeds of the property realized by his vendee on sale; this was objected to and excluded. *Held* no error; that the result of the subsequent treatment and disposition of

the property could throw no light upon its value at the time of the conversion, as the articles were not in the same condition as when defendant became chargeable with their value and the sales were made in private.

(The following cases were distinguished : *Hoffman* v. *Conner*, 76 N. Y. 121 ; *Wells* v. *Kelsey*, 37 id. 143 ; *Smith* v. *Griffith*, 3 Hill, 338 ; *Cary* v. *Gruman*, 4 id. 625 ; *Crounse* v. *Fitch*, 1 Abb. Ct. of App. Dec. 475 ; *Campbell* v. *Woodworth*, 26 N. Y. 499 ; *Gill* v. *McNamee*, 42 id. 44.)

Other questions were disposed of on the facts in the case.

*James E. Dewey* for appellant.

*Stephen C. Millard* for respondent.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.